1058

**OLIVER, K.**

v.

**BOULEVARD VENTURES**

**2796 EDA 2016**

Superior Court of Pennsylvania.

08/08/2017

150400824

(Philadelphia)

Affirmed

**S.M.P.–V.**

v.

**J.A.V.**

**66 EDA 2017**

Superior Court of Pennsylvania.

08/08/2017

208–2016 DR

(Wayne)

Reversed/Remanded

**FEDERAL NAT'L. MORTGAGE ASSN.**

v.

**SCRIPNICENCU, L.**

**3039 EDA 2016**

Superior Court of Pennsylvania.

08/08/2017

No. 2014–04415

(Bucks)

Affirmed

**IN the INT. OF: L.B.-H., a Minor**

**Appeal of: L.B.-H.**

**493 MDA 2016**

Superior Court of Pennsylvania.

08/08/2017

Reargument Denied 10/18/2017

CP–06–JV–0000031–2016

(Berks)

Reversed/Remanded

